**FILED**

MAR 0 4 2025

### UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF WEST VIRGINIA

U.S. DISTRICT COURT   WVND
CLARKSBURG, WV 26301

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **v.** | **Criminal No.** 1:25-cr-18 |
| | **Violations:** 18 U.S.C. § 2252A(a)(5)(B)<br>18 U.S.C. § 2252A(b)(2) |
| **BRIAN RICHARD PACK,** | |
| **Defendant.** | |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

(Possession of Child Pornography Second Offense)

On or about January 26, 2022, in Marion County, in the Northern District of West Virginia, defendant **BRIAN RICHARD PACK**, did knowingly possess an image of child pornography, as defined in Title 18, United States Code Section 2256(8), which had been transported in interstate and foreign commerce by computer, and produced using material that had been in and transported in interstate and foreign commerce by computer, after having been previously convicted of a violation under Title 18 United States Code Section 2252A(a)(5)(B), on April 11, 2000 in the Middle District of Florida in case 99CR139; in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

## FORFEITURE ALLEGATION

Pursuant to Title 18, United States Code, Section 2253, the government will seek the forfeiture of property as part of the sentence imposed in this case; that is, the forfeiture of any visual depiction described in Section 2251, 2251A, 2252, 2252A, 2252B, or 2260 of Chapter 110 of Title 18, any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of this chapter, any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property, and any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from a violation of Title 18, United States Code, Section 2252A, including, but not limited to, the following items seized on January 26, 2022, that is, Apple iPhone, 8 thumb drives, Seagate Hard Drive SN: 52X4NGFA, Intel SSD 510 Series 120 GH Hard Drive SN LNELL1175007H12OCGN, WD 1 TB Hard Drive SN WCC6Y02Y7L28, 1TB Sata Card WD Blue SN 184307A011C4, PNY 4 GB Thumb Drive, Sandisk Ultra USB 32 GB, 8 disks, Hitachi 250 GB Hard Drive PN: 0A74422, Toshiba Hard Drive SN: 9505141FT, Seagate 1TB hard drive SN 6UPCY1HK, 2 DVD Flip cases containing 44 CDs, HP laptop, Bluish SN 5CD045K0X9, HP Silver Laptop, FCDC: TX2-RTL8188EE, Dell Optiplex 7010 with Power Cord, and large black desktop tower with power cord.

A True Bill,

_/s/_____
Grand Jury Foreperson

_/s/ Randolph J. Bernard_____
RANDOLPH J. BERNARD
Acting United States Attorney

Jennifer T. Conklin, Assistant United States Attorney
Morgan McKee, Assistant United States Attorney