**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**Case No.:   1:25-CR-18
(JUDGE KLEEH)**

**BRIAN RICHARD PACK,**

**Defendant.**

**<u>FIFTH AMENDED SCHEDULING ORDER</u>**

On April 27, 2026, the Hon. Thomas S. Kleeh, Chief United States District Judge, entered an Order [ECF No. 47] continuing the Trial and Pre-trial Conference in this matter, and directing the undersigned United States Magistrate Judge to issue an amended Scheduling Order. Based on that Order, the Court hereby **AMENDS** its Fourth Amended Scheduling Order [ECF No. 44], and sets the following amended disclosure, pre-trial, and trial dates.

IT IS ORDERED THAT:

(1)     With the exception of motions in limine, all motions, including any motion for a bill of particulars pursuant to Rule 7(f) of the Federal Rules of Criminal Procedure and LRCrP 47.01, shall be filed on or before **<u>June 22, 2026</u>**.  <u>All such motions shall contain or be accompanied by a memorandum or brief presented at the time of filing setting forth the reasons and legal support for granting such motion.  If this memorandum or brief is not presented at the time of filing, the motion will be dismissed.</u>

(2)     Responses to all such motions with legal support or memorandum shall be filed on or before **<u>June 29, 2026</u>**.

1

(3)     A hearing on all motions, if referred to the Magistrate Judge by the Court, shall be held by the Magistrate Judge on **July 6, 2026** at **9:30 a.m.**   If any of the pre-trial motions require the taking of testimony, the party offering the testimony shall notify the Magistrate Judge's Chambers seven (7) days prior to the hearing to obtain a court reporter for the hearing.  The defendant shall be present at the hearing on all pre-trial motions.  The United States Marshals Service requires that subpoenas for witnesses be issued ten days prior to the date of the hearing in order for them to be able to serve them.

(4)     Rule 404(b), Giglio, and Roviaro evidence shall be disclosed on or before **July 22, 2026**.  LRCrP16.06.

(5)     It is requested that the government disclose materials described in 18 U.S.C. § 3500 (Jencks Act material) on or before **July 22, 2026.**

(6)     All proposed voir dire questions, motions in limine (which must be limited to matters actually in dispute) and proposed jury instructions shall be submitted by counsel to the Court and opposing counsel on or before **July 22, 2026.**  LRCrP24.01.

The proposed jury instructions will (1) contain the style of the case, (2) the name of the party submitting the jury instructions, (3) be separately and consecutively numbered, (4) state by title the subject matter of the instruction, and (5) include a recorded citation of authority in support of the proposed jury instruction.

Objections to opposing counsel's instructions of law are due in writing no later than the last working day before trial.

Counsel are required to provide to the court by email the voir dire and instructions in Microsoft Word format.  Please contact the District Judge's Chambers for an email address prior to filing.

(7)    By **July 22, 2026,** counsel for each party shall file with the United States Clerk's Office, Clarksburg Division and serve upon opposing counsel a list of probable witnesses and possible witnesses (identified as such), but not whether or not the Defendant(s) shall be a witness. The list shall state the full name and address of each witness and shall also contain a brief statement of the subject matters to be covered by each witness.  Expert witnesses and record custodians, shall be identified as such on the list.  LRCrP16.07.

(8)    By **July 22, 2026,** counsel for each party shall file with the United States Clerk's Office, Clarksburg Division and serve upon opposing counsel a list of exhibits to be offered at trial.  In addition, counsel for each party shall number the listed exhibits with evidence tags which may be obtained from the Clerk and shall exchange a complete set of marked exhibits with opposing counsel (except for large or voluminous items or other exhibits that cannot be reproduced easily).  LRCrP16.08.

(9)    Objections to motions in limine, along with objections to proposed voir dire, jury instructions, witnesses, and exhibits shall be filed on or before **July 29, 2026**.

(10)    If this matter results in the formulation of a plea agreement, counsel for the Defendant(s) shall file with the Court a Motion for Change of Plea on or before **July 22, 2026**. Counsel shall attach the executed plea agreement or an unexecuted final proposed agreement as an exhibit to the motion. If there is no written plea agreement between the parties, but the

Defendant(s) intends to plead guilty to some or all of the Indictment/Information, counsel for the Defendant(s) shall file with the Court a Motion for Change of Plea on or before **July 22, 2026**.

(11)    A pre-trial conference in this case will be held on **August 3, 2026, at 9:45 a.m. at the Clarksburg point of holding court** before the Honorable Thomas S. Kleeh, to discuss all pending matters and to confirm the trial date. All counsel and Defendant(s) are required to be present in person at the pre-trial conference.

(12)    **Jury selection** in this matter will be conducted before the Court at the following time and place:

United District Court
500 West Pike Street
Clarksburg, West Virginia  26301

Second Floor before District Judge Thomas S. Kleeh

**August 11, 2026 at 9:30 a.m.**

(13)    **Trial** will commence upon completion of jury selection in all cases scheduled for trial. The Trial is scheduled for **August 11, 2026 (1 day)** in Clarksburg, West Virginia. **IF A PARTY DESIRES TO FILE A MOTION FOR A CONTINUANCE OF A TRIAL OR ANY OTHER SCHEDULED EVENT, COUNSEL FOR THAT PARTY SHALL, PRIOR TO THE FILING OF ANY MOTION, MEET AND CONFER WITH OPPOSING COUNSEL AND AGREE UPON THREE NEW DATES SHOULD THE MOTION BE GRANTED AND THAT INFORMATION SHALL BE INCLUDED IN THE MOTION.  IF COUNSEL FOR THE OPPOSING PARTY OBJECTS TO A CONTINUANCE, THAT FACT SHALL ALSO BE NOTED IN THE MOTION.**

4

(14)    Defendant(s) shall appear at every scheduled matter including, but not limited to, motion hearing, pretrial conference, trial and every other proceeding.

(15)    Defense counsel shall notify the Clerk of Court in writing at least a week in advance if the services of an interpreter are required for a hearing or trial.

(16)    All deadlines and other provisions set forth in the previous scheduling order(s), unless amended herein or by other order, remain in full force and effect.

The Clerk of the Court is **DIRECTED** to provide a copy of this Order to parties who appear *pro se* and all counsel of record, as applicable, as provided in the Administrative Procedures for Electronic Case Filing in the United States District Court for the Northern District of West Virginia.

DATED: April 27, 2026

MICHAEL JOHN ALOI
UNITED STATES MAGISTRATE JUDGE

5